*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, MYERS, and BURGTORF
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Scholar B.J. HATCHER**
Hospitalman Recruit (E-1), U.S. Navy
*Appellant*

**No. 202200049**

Decided: 9 June 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Rachel E. Trest

Sentence adjudged 23 November 2021 by a special court-martial convened at Joint Base San Antonio, Fort Sam Houston, Texas, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 86 days and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

KYLE D. MEEDER
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.